ACCEPTED
05-17-00837-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 1:32 PM
LISA MATZ
CLERK

COURT OF APPEALS NO. 05-17-00837-CR
TRIAL COURT NO. F15-15439-U

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/27/2018 1:32:15 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| ANTONIO GARCIA | * | IN THE COURT OF APPEALS |
| | * | |
| VS. | * | FOR THE FIFTH DISTRICT |
| | * | |
| THE STATE OF TEXAS | * | DALLAS, TEXAS |

## APPELLANT'S MOTION TO EXTEND THE TIME
## FOR FILING THE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Appellant by and through his attorney of record, and respectfully requests that the time for the filing of the Appellant's brief in the above-styled and numbered cause be extended. In support of this motion the Appellant would show the Court the following:

I.

The Appellant was convicted of a felony and punishment was assessed at confinement in the Texas Department of Corrections in the above-styled cause number.

II.

The present deadline for the filing of Appellant's brief is March 29, 2018. The Appellant respectfully requests an extension of time until April 28, 2018.

III.

No extension of time has previously been requested.

IV.

The attorney for the Appellant would show the Court that good cause exists for the requested extension, in that his work load has consisted of various complicated trials, such as Rosendo Guardado Vasquez F-17-29856, F-17-24856;. Corey Adkins: Aggravated robberies: F-17-75302, F-17-75338 with multiple co-defendants, requiring extensive discovery.

APPELLANT'S MOTION TO EXTEND THE TIME
FOR FILING THE APPELLANT'S BRIEF - Page 1

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that the time for filing of Appellant's brief be extended.

Respectfully submitted,

_/s/ Russ Henrichs_____
Russ Henrichs
P. O. Box 190983
Dallas, TX 75219
214/651-0759
State Bar ID# 09475000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing APPELLANT'S MOTION TO EXTEND THE TIME FOR FILING THE APPELLANT'S BRIEF has been efiled with copy to the office of Faith Johnson, District Attorney of Dallas County, Appellate Section, Frank Crowley Building, 133 Riverfront Boulevard, Dallas, Texas 75207 on this the 27th day of March, 2018.

_/s/ Russ Henrichs_____
Russ Henrichs